United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE PACIFIC SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LUCY MATTINEN and JOHN MATTINEN, <br><br> Defendants. | Case No.: 12 cv 151 YGR <br><br> ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION |

The Court having reviewed the Motion of Plaintiff White Pacific Securities, Inc. ("Plaintiff") for Temporary Restraining Order, filed February 13, 2012, and the supporting papers filed therewith, DENIES the motion for temporary restraining order. Plaintiff has failed to demonstrate immediate, irreparable harm.

The Court ORDERS that a hearing on Plaintiff's Motion for Preliminary Injunction is set as follows:

(1) The Motion for Preliminary Injunction will be heard by this Court in the Federal Courthouse at 1301 Clay Street, Oakland, California, on March 27, 2012, at 2:00 p.m.

(2) The summons, complaint and all papers filed in support of the temporary restraining order, along with a copy of this order, shall be served by personal service on Defendants no later than

Tuesday, February 21, 2012.  If Plaintiff seeks to submit papers to support the motion for preliminary injunction in addition to those filed in support of its application for the temporary restraining order, such papers must be filed and served by personal service no later than Tuesday, February 21, 2012.

(3) Defendants' opposition papers must be filed and served by March 6, 2012.

(4) Plaintiff's reply papers must be filed by March 13, 2012.

This Order terminates Docket No. 4.[1]

IT IS SO ORDERED.

February 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion is appropriate for decision without oral argument.