**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITE PACIFIC SECURITIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUCY MATTINEN AND JOHN MATTINEN,<br><br>　　　　Defendants. | Case No.: 12-CV-151-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　On April 27, 2012, the parties filed a Joint Notice of Resolution in Principle and Request for Continuance of Case Management Conference. The Court continued the case management conference to May 21, 2012. The Court is informed that the parties have not yet finalized resolution of the case.

　　Based on the foregoing, all dates are hereby vacated. A compliance hearing shall be held on Friday, **June 8, 2012,** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

　　Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

　　Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

　　**IT IS SO ORDERED**.

Dated: May 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**