# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE PACIFIC SECURITIES, INC.,<br><br>　　　Plaintiff,<br><br>　vs.<br>LUCY MATTINEN AND JOHN MATTINEN,<br><br>　　　Defendants. | Case No.: 12 cv 151 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Statement filed May 25, 2012. In light of the parties' indication that the case has not resolved, the compliance hearing regarding dismissal previously set for June 8, 2012, is **VACATED**.

The Court **SETS** a case management conference on its regular case management calendar for Monday, June 11, 2012, at 2:00 p.m. No additional case management statement need be filed in advance of that conference.

**IT IS SO ORDERED.**

Date: June 4, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**